**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**United States of America,**

    - against -                                            08 Mag 917 (UA)

**Robert Mendoza**,

                                 Defendant

---

### NOTICE OF CHANGE OF ADDRESS

To:   Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Louis R. Aidala

☐    *Attorney*

      ☐    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:

           LA 9471

      ☐    I am counsel of record for defendant    Robert Mendoza
in the above-entitled case.

      ☐    *Address*:    546 Fifth Avenue, 6th Floor, New York, NY 10036-5000

      ☐    *Telephone Number*:    212 750 9700

      ☐    *Fax Number:*    212 750 8297

      ☐    *E-mail Address*:    lraidala@aol.com

Dated:   June 3, 2008                          Louis R. Aidala